AUDITORIUM COMPANY, Respondent, *v.* SAM S. SHUBERT
BOOKING AGENCY, Appellant.

*Auditorium Co.* v. *Shubert Booking Agency*, 163 App. Div. 974, affirmed.

(Argued April 5, 1917; decided April 24, 1917.)

APPEAL from a judgment, entered July 14, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict. The action was brought to recover a balance of rent for a theatre in Los Angeles due to the plaintiff from the defendant. The plaintiff is a California corporation and the defendant is a New Jersey corporation. The plaintiff claims that the contract out of which the claim for the balance of rent arises was made in this state, and for this reason the action was properly brought in the courts of New York. The answer contains a number of denials, but upon a trial defendant's counsel admitted that it owed the plaintiff this balance of rent, and the only question litigated was whether the contract under which this rent was due had been made in the state of New York or in the state of Illinois.

*Harding Johnson* and *William Klein* for appellant.

*Louis Sturcke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.